912 A.2d 204

**Benjamin SMITH, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 27, 2006.

***ORDER***

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.